IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,   ) <br>                                        ) <br>      Plaintiff,           ) <br>                                        ) <br>   vs.                           ) <br>                                        ) <br> GUSTAVO ADOLFO CRUZ ASORNIO,  ) <br>                                      ) <br>         Defendant.     ) | No. 1:10-mj-00124-SMS <br><br> ORDER OF RELEASE |

     The above named defendant having been sentenced on June 17, 2010 to Time Served,

     IT IS HEREBY ORDERED that the defendant shall be released forthwith. A certified Judgment and Commitment order to follow.

     DATED: June 17, 2010

                                                 /s/ Gary S. Austin <br>
                                          GARY S. AUSTIN <br>
                                          U.S. Magistrate Judge

9/26/96 exonbnd.frm